# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHANSON,<br><br>            Plaintiff,<br><br>    v.<br><br>WARDEN SULLIVAN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-00172-OWW-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Docs. 6 and 8) |

Plaintiff Mark Johanson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within eleven days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] The United States Postal Service returned the Findings and Recommendations on May 24, 2007, as undeliverable. A notation on the envelope indicates that plaintiff paroled. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 16, 2007, is adopted in full; and
2. This action is dismissed, without prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 14, 2007**                                  **/s/ Oliver W. Wanger**
                                                                             UNITED STATES DISTRICT JUDGE